UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

MODOSKI, LORRAINE A.

SMITH, LORRAINE A.

Debtor.

Chapter 7

Case No. 07-64079 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | Amsterdam Memorial Hospital C/O Overton,Russell,Doerr & Donovan,LLP, 19 Halfmoon Executive Park Dr Clifton Park, NY 12065 | $9.00 | $4.80 |

**TOTAL SMALL DIVIDENDS:** $ 4.80

Dated: March 1, 2010

/s/ Thomas Paul Hughes
THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY  13413
(315) 223-3043

**FILED**

MAR - 2 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Reciept # 61000200